*Form USDCNMI Bankruptcy Not.Def*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

In Re: Julie Ann Palacios Guerrero
P.O. Box 500251
Saipan, MP 96950

*Debtor(s),*

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:

Case No.: 1:21-bk-00002
Chapter: 7

F I L E D
Clerk
District Court

JUL 26 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## DEFICIENCY NOTICE

## ORDER TO SATISFY PETITION FILING REQUIREMENTS
## AND NOTICE OF INTENT TO DISMISS CASE UNDER 11 U.S.C. Sec.109(g)(1)

To the Debtor(s) and the Debtor's Attorney of Record [if any]:

In order for this case to be administered, it is necessary that the item(s) described below be filed **must be filed with the court within 14 days after the date of the filing of the petition [with the exception of the Statement of Intention which must be filed within 30 days], unless an extension of time is requested and granted.**

- ☐ Schedules A-J *(all schedules)*
- ☐ Schedule A/B     ☐ Schedule I
- ☐ Schedule C       ☐ Schedule J
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H

- ☐ Summary of Schedules *(Form 106Sum)*
- ☐ Statement of Financial Affairs
- ☐ Statement of Social Security Number *(Form 121)*
- ☐ Statement of your Monthly Income *(Form 122A, B, or C)*
- ☑ Certificate of Credit Counseling *required by 11 U.S.C. §109*
- ☑ Credit Matrix/ List of Creditors *(listing names and addresses of all creditors)*

The debtor and [if any] the joint debtor are hereby ordered to comply with the above filing requirements.

Failure to comply by filing all missing documents within 14 days after may result in dismissal of the case and may also be considered a failure to abide by court order within the meaning of 11 U.S.C. Sec. 109(g)(1). This means that the debtor and [if any] the joint debtor will not be eligible to file another bankruptcy petition for 180 days after the entry of an order dismissing the case.

**Dated:** 07/26/2021

**Address of the Bankruptcy Clerk's Office**
U.S. District Court for the Northern Mariana Islands
3rd Floor, United States Courthouse
1671 Gualo Rai Rd., Gualo Rai
P.O. Box 500687
Saipan, MP 96950
Tel: (670) 237-1200
Fax: (670) 237-1201

Heather L. Kennedy, Clerk of Court

By: Aiko D. Erungel, Deputy Clerk

**CERTIFICATE OF SERVICE**

The following entities were served by first class mail on 07/26/2021 :

>Julie Ann Palacios Guerrero
>P.O. Box 500251
>Saipan, MP 96950

I, Aiko D. Erungel, Deputy Clerk, declare under the penalty of perjury that on the above-listed dates I served the **DEFICIENCY NOTICE** on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.


**Date:** 07/26/2021               Heather L. Kennedy, Clerk of Court

                                   By: Aiko D. Erungel, Deputy Clerk