

FILED
Clerk
District Court

JUL 2 8 2021



for the Northern Mariana Islands
by, _____
(Deputy Clerk)

List of Creditors:

Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, Mp 96950