F I L E D
Clerk
District Court

AUG 06 2021

for the Northern Mariana Islands
By_____/s/_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
# BANKRUPTCY DIVISION

IN RE:

JULIE ANN PALACIOS GUERRERO

SSN: xxx-xx-6222;

               Debtor,

Bankruptcy Case No. 1:21-bk-00002

**CERTIFICATE OF MAILING**

    I hereby certify that on the 1st day of June 2020, a true and correct copy of the **"Meeting of Creditors (ECF 5) and Amended Meeting of Creditors (ECF 6)"** was electronically served upon the following using the Court's CM/ECF system:

- Kathlyn Selleck on behalf of Trustee Kathlyn Selleck
  ch13mail@aol.com
- Office of the U.S. Trustee
  ustpregion15.hi.ecf@usdoj.gov

    Further, I certify that on the 6th day of August 2021, that a true and correct copy was mailed via U.S. Mail, first class postage prepaid and properly addressed to the debtor and each party on the List of Creditors.

                                          HEATHER L. KENNEDY, Clerk of Court

                                          By: __/s/_____

Date of Issuance: August 8, 2021               Aiko D. Erungel, Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION
CREDITOR MATRIX

CASE NUMBER: 1:21-bk-00002

Julie Ann Palacios Guerrero
Capital Hill Isa Drive
P.O. Box 500251
Saipan, MP  96950

Office of the U.S. Trustee
1132 Bishop Street, Suite 602
Honolulu, HI  96813

Kathlyn  Selleck
P.O. Box 315396
Tamuning, GU  96931

Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Ki
P.O. Box 503758
Saipan, MP, 96950

TOTAL NUMBER OF CREDITORS: **4**