**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

E-mail: rttlaw@gmail.com
robert.torres@rttlawgroup.com

*Attorney for Creditor: Bank of Guam*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHER MARIANA ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 1:21-bk-00002** |
| **Julie Ann Palacios Guerrero** | **Judge: Hon. RAMONA V. MANGLONA** |
| Debtor(s). | |

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE THAT** counsel, Robert T. Torres, Esq., hereby gives notice of his entry of appearance in the above captioned Chapter 7 Bankruptcy matter on behalf of Creditor Bank of Guam.

Counsel requests service of all pleadings and other documents on the undersigned counsel.

Dated: August 23, 2021.　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____  8/23/2021
　　　　　　　　　　　　　　　　　　　　　　　　Robert T. Torres, Esq., F-1097
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for CPA

**Robert Tenorio Torres**
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 234-7859