F I L E D
Clerk
District Court
AUG 27 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

IN RE:

JULIE ANN PALACIOS GUERRERO

SSN: xxx-xx-6222;
                Debtor,

Bankruptcy Case No. 1:21-bk-00002

**CERTIFICATE OF MAILING**

I hereby certify that on the 27th day of August 2021, a true and correct copy of the **"Order on the Application To Have Chapter 7 Filing Fee Waived"** was electronically served upon the following using the Court's CM/ECF system:

- Office of the U.S. Trustee ustpregion15.hi.ecf@usdoj.gov

- Kathlyn Selleck cetguam@gmail.com, kselleck@ecf.axosfs.com

- Robert T. Torres on behalf of Attorney Robert T. Torres
  rttlaw@pticom.com,semsimbmde@gmail.com;
  dpascualrttlaw@gmail.com;robert.torres@rttlawgroup.com;bcamachorttlaw@gmail.com;
  a.arcegarttlaw@gmail.com;clizamarttlaw@gmail.com; lphrttlaw@gmail.com

Further, I certify that on the 27th day of August 2021, that a true and correct copy was mailed via U.S. Mail, first class postage prepaid and properly addressed to the debtor at

Julie Ann Palacios Guerrero
P.O. Box 500251
Saipan, MP 96950

HEATHER L. KENNEDY, Clerk of Court

By:

Date of Issuance: August 27, 2021

__/s/_____
Daniel Brown, Deputy Clerk

Office of the Clerk
United States District Court
for the Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

_____
Official Business



1:21-bk-00002

Julie Ann Palacios Guerrero
Capital Hill Isa Drive
P.O. Box 500251
Saipan, MP 96950