F I L E D
Clerk
District Court
SEP 22 2021
for the Northern Mariana Islands
By _____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

IN RE: JULIE ANN PALACIOS GUERRERO

    Debtor.

Case No.: 1-21-bk-00002

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

    On July 23, 2021, Debtor Julie Ann Palacios Guerrero filed a Chapter 7 Voluntary Petition for an individual filing for bankruptcy (ECF No. 1) as well as an application to have her filing fee waived (App., ECF No. 2). The Court on August 27, 2021 denied without prejudice Guerrero's application to have her filing fee waived due to insufficient information provided, and granted Guerrero leave to file within 14 days a renewed complete application. (ECF No. 9). More than 14 days have passed, and to date, Guerrero has still not paid her filing fees or filed a renewed complete application to have her Chapter 7 filing fee waived.

    Accordingly, this case is DISMISSED *without prejudice* for debtor's failure to pay her filing fees. If Guerrero seeks to renew her Chapter 7 petition, she must either pay the filing fee or refile a completed fee waiver application.

    IT IS SO ORDERED this 22nd day of September, 2021.

                                                                            RAMONA V. MANGLONA
                                                                            Chief Judge