F I L E D
Clerk
District Court
SEP 22 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

IN RE:

JULIE ANN PALACIOS GUERRERO

SSN: xxx-xx-6222;

    Debtor,

Bankruptcy Case No. 1:21-bk-00002

**CERTIFICATE OF MAILING**

I hereby certify that on the 22nd day of September 2021, a true and correct copy of the **"Order Dismissing Case Without Prejudice"** was electronically served upon the following using the Court's CM/ECF system:

- Office of the U.S. Trustee ustpregion15.hi.ecf@usdoj.gov

- Kathlyn Selleck cetguam@gmail.com, kselleck@ecf.axosfs.com

- Robert T. Torres on behalf of Attorney Robert T. Torres
  rttlaw@pticom.com,semsimbmde@gmail.com;
  dpascualrttlaw@gmail.com;robert.torres@rttlawgroup.com;bcamachorttlaw@gmail.com;
  a.arcegarttlaw@gmail.com;clizamarttlaw@gmail.com; lphrttlaw@gmail.com

Further, I certify that on the 22nd day of September 2021, that a true and correct copy was mailed via U.S. Mail, first class postage prepaid and properly addressed to the debtor at

Julie Ann Palacios Guerrero
P.O. Box 500251
Saipan, MP 96950

HEATHER L. KENNEDY, Clerk of Court

By:

Date of Issuance: September 22, 2021    __/s/_____

                          Lallane Guiao, Deputy Clerk