B2710 (Form 2710) (12/15)

# United States Bankruptcy Court
### District Of Northern Mariana Islands

FILED
Clerk
District Court
OCT 19 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

In re Julie Ann Palacios Guerrero

Case No. 1:21-bk-00002

Debtor

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): 6222
Employer Tax-Identification (EIN) No(s).(if any):

Chapter 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☑  Kathlyn Selleck
   (name of trustee)
   is discharged as trustee of the estate of the above-named debtor and the bond is cancelled.

☑  the chapter 7 case of the above named debtor is closed; and

☐  [other provisions as needed]

10/19/21
Date

Ramona V. Manglona
Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.