F I L E D
Clerk
District Court
OCT 19 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION**

IN RE:

JULIE ANN PALACIOS GUERRERO

SSN: xxx-xx-6222;

              Debtor,

Bankruptcy Case No. 1:21-bk-00002

**CERTIFICATE OF MAILING**

I hereby certify that on the 19th day of October 2021, a true and correct copy of the **"Final Decree (ECF 13)"** was electronically served upon the following using the Court's CM/ECF system:

- Kathlyn Selleck on behalf of Trustee Kathlyn Selleck
  ch13mail@aol.com
- Office of the U.S. Trustee
  ustpregion15.hi.ecf@usdoj.gov

Further, I certify that on the 19th day of October 2021, that a true and correct copy was mailed via U.S. Mail, first class postage prepaid and properly addressed to the debtor and each party on the List of Creditors.

                                              HEATHER L. KENNEDY, Clerk of Court

                                              By: __/s/_____

Date of Issuance: October 19, 2021          Aiko D. Erungel, Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION
CREDITOR MATRIX
CASE NUMBER: 1:21-bk-00002

| | | |
|---|---|---|
| Julie Ann Palacios Guerrero<br>Capital Hill Isa Drive<br>P.O. Box 500251<br>Saipan, MP  96950 | Bank of Guam | Robert T. Torres<br>P.O. Box 503758<br>Plata Dr., Whispering Palms<br>Chalan Kiya<br>Saipan, MP  96950 |
| Kathlyn  Selleck<br>P.O. Box 315396<br>Tamuning, GU  96931 | Robert T. Torres<br>P.O. Box 503758<br>, MP  96950 | Robert Tenorio Torres<br>Attorney at Law<br>Plata Drive, Whispering Palms (Chalan Ki<br>P.O. Box 503758<br>Saipan, MP, 96950 |
| Office of the U.S. Trustee<br>1132 Bishop Street, Suite 602<br>Honolulu, HI  96813 | Robert T. Torres<br>P.O. Box 503758<br>Plata Dr., Whispering Palms<br>Chalan Kiya<br>Saipan, MP  96950 | |

TOTAL NUMBER OF CREDITORS: **8**